1  Alicia J. Donahue (SBN 117412)
     adonahue@shb.com
2  Gabrielle Handler Marks (SBN 203733)
     gmarks@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:    415.544.1900
5  Facsimile:    415.391.0281

6  Attorneys for Defendant
   WAL-MART REAL ESTATE BUSINESS TRUST
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  SAVE MART SUPERMARKETS, d/b/a FOOD )   Case No. _____
    MAXX, a California Corporation,                )
12                                                 )
                                                   )   CERTIFICATION OF INTERESTED
13           Plaintiffs,                           )   ENTITIES OR PERSONS (LOCAL RULE 3-
                                                   )   16)
14      vs.                                        )
                                                   )   Complaint filed: July 15, 2008
15  WAL-MART REAL ESTATE BUSINESS            )
    TRUST, a Delaware Statutory Trust,             )
16                                                 )
             Defendant.                            )
17                                                 )
                                                   )
18                                                 )
                                                   )
19                                                 )
                                                   )
20                                                 )

21

22

23

24

25

26

27

28

143254V2

1    TO THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF

2  CALIFORNIA AND PLAINTIFF:

3        Pursuant to Civil L-R 3-16, the undersigned, counsel of record for Defendant Wal-Mart Real

4  Estate Business Trust certifies that the following listed parties have a direct, pecuniary interest in the

5  outcome of this case. These representations are made to enable the Court to evaluate possible

6  disqualification or recusal.

7        Wal-Mart Real Estate Business Trust is a wholly-owned subsidiary of Wal-Mart Property

8  Co., which is a wholly-owned subsidiary of Wal-Mart Stores East, LP, which is a subsidiary of WSE

9  Investment LLC, which is a wholly-owned subsidiary of Wal-Mart Stores East, Inc., which is a

10  wholly-owned subsidiary of Wal-Mart Stores, Inc.

11

12  DATED: August 14, 2008                     Respectfully submitted,

13                                             SHOOK, HARDY & BACON L.L.P.

14                                             By: _____

15                                             ALICIA J. DONAHUE
                                               GABRIELLE HANDLER MARKS

16

17                                             Attorneys for Defendant
                                               WAL-MART REAL ESTATE BUSINESS
18                                             TRUST

19

20

21

22

23

24

25

26

27                        2          CERTIFICATION OF INTERESTED ENTITIES OR
                                     PERSONS (LOCAL RULE 3-16)
28

143254V2