1  Alicia J. Donahue (SBN 117412)
   adonahue@shb.com
2  Gabrielle Handler Marks (SBN 203733)
   gmarks@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:    415.544.1900
5  Facsimile:    415.391.0281

6  Attorneys for Defendant
   WAL-MART REAL ESTATE BUSINESS TRUST
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 SAVE MART SUPERMARKETS, d/b/a FOOD )   Case No. _____
   MAXX, a California Corporation,         )
12                                         )   NOTICE TO UNITED STATES DISTRICT
              Plaintiffs,                  )   COURT THAT NOTICE OF REMOVAL OF
13                                         )   ACTION HAS BEEN FILED IN STATE
       vs.                                 )   COURT
14                                         )
   WAL-MART REAL ESTATE BUSINESS           )   Complaint filed: July 15, 2008
15 TRUST, a Delaware Statutory Trust,      )
                                           )
16            Defendant.                   )
                                           )
17                                         )
                                           )
18                                         )
                                           )
19                                         )
                                           )
20                                         )

21

22

23

24

25

26

27

28

143258V1

TO THE UNITED STATES DISTRICT COURT AND TO PLAINTIFF:

PLEASE TAKE NOTICE that on August 14, 2008, Defendant WAL-MART REAL ESTATE BUSINESS TRUST filed a Notice in the Superior Court of the State of California for the County of Sonoma, informing the Superior Court that Defendant has removed this action from Sonoma Superior Court to the United States District Court for the Northern District of California.

DATED: August 14, 2008                    Respectfully submitted,

                                          SHOOK, HARDY & BACON L.L.P.

                                          By: _____
                                              ALICIA J. DONAHUE
                                              GABRIELLE HANDLER MARKS

                                              Attorneys for Defendant
                                              WAL-MART REAL ESTATE BUSINESS
                                              TRUST

2

NOTICE TO UNITED STATES DISTRICT COURT THAT
NOTICE OF REMOVAL OF ACTION HAS BEEN FILED IN STATE COURT

143258V1