1   Alicia J. Donahue (SBN 117412)
      adonahue@shb.com
2   Gabrielle Handler Marks (SBN 203733)
      gmarks@shb.com
3   SHOOK, HARDY & BACON L.L.P.
    333 Bush Street, Suite 600
4   San Francisco, California 94104-2828
    Telephone:   415.544.1900
5   Facsimile:   415.391.0281

6   Attorneys for Defendant
    WAL-MART REAL ESTATE BUSINESS TRUST

                   UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

SAVE MART SUPERMARKETS, d/b/a FOOD )   Case No. _____
MAXX, a California Corporation,    )
                                   )   DISCLOSURE STATEMENT ON BEHALF OF
           Plaintiffs,             )   DEFENDANT WAL-MART REAL ESTATE
                                   )   BUSINESS TRUST FILED PURSUANT TO
    vs.                            )   FED. R. CIV. P. 7.1(a)
                                   )
WAL-MART REAL ESTATE BUSINESS      )
TRUST, a Delaware Statutory Trust, )   Complaint filed: July 15, 2008
                                   )
           Defendant.              )

E-filing

CV 08 3885

                                                  DISCLOSURE STATEMENT
                                          PURSUANT TO FED. R. CIV. P. 7.1(A)

143255V2

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Wal-Mart Real Estate Business Trust states that, as of August 14, 2008, Wal-Mart Real Estate Business Trust is a wholly-owned subsidiary of Wal-Mart Property Co., which is a wholly-owned subsidiary of Wal-Mart Stores East, LP, which is a subsidiary of WSE Investment LLC, which is a wholly-owned subsidiary of Wal-Mart Stores East, Inc., which is a wholly-owned subsidiary of Wal-Mart Stores, Inc.

DATED: August 14, 2008

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: *(signature)*
ALICIA J. DONAHUE
GABRIELLE HANDLER MARKS

Attorneys for Defendant
WAL-MART REAL ESTATE BUSINESS TRUST

143255V2