1  Alicia J. Donahue (SBN 117412)
     adonahue@shb.com
2  Gabrielle Handler Marks (SBN 203733)
     gmarks@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:   415.544.1900
5  Facsimile:   415.391.0281

6  Attorneys for Defendant
   WAL-MART REAL ESTATE BUSINESS TRUST
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 SAVE MART SUPERMARKETS, d/b/a FOOD ) Case No. CV 08 3885
   MAXX, a California Corporation,       )
12                                        )  CERTIFICATE OF SERVICE
              Plaintiffs,                 )
13                                        )
       vs.                                )  Complaint filed: July 15, 2008
14                                        )
   WAL-MART REAL ESTATE BUSINESS         )
15 TRUST, a Delaware Statutory Trust,    )
                                          )
16            Defendant.                  )
                                          )
17                                        )
                                          )
18                                        )
                                          )
19                                        )
                                          )
20                                        )

21

22

23

24

25

26

27

28

143256V1                                                    CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE VIA OVERNIGHT MAIL

I, Andrea Moresco, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is Shook, Hardy & Bacon L.L.P., 333 Bush Street, Suite 600, San Francisco, California 94104.

I am readily familiar with the business practices of this office for collection and processing of documents for overnight mailing with Federal Express, which is that correspondence for overnight mailing is collected and deposited, with postage pre-paid, on the same day in the ordinary course of business, for delivery the following business day by 5:00 p.m.

On August 14, 2008, I served the following:

NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441, 1446 AND 1332 (DIVERSITY) AND REQUEST FOR JURY TRIAL;

CIVIL COVER SHEET;

NOTICE TO PLAINTIFFS OF FILING NOTICE OF REMOVAL OF ACTION;

NOTICE TO UNITED STATES DISTRICT COURT THAT NOTICE OF REMOVAL GIVEN TO STATE COURT;

DISCLOSURE STATEMENT ON BEHALF OF DEFENDANT WAL-MART REAL ESTATE BUSINESS TRUST FILED PURSUANT TO FED. R. CIV. P. 7.1(A); AND

DEFENDANT WAL-MART REAL ESTATE BUSINESS TRUST'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-16).

on the parties in this action by placing a true copy thereof in a sealed Federal express envelope addressed as follows:

**COUNSEL FOR PLAINTIFF:**

Jeffrey P. O'Hara
Daniel J. Muller
Karin M. Frenza
THELAN REID BROWN RAYSMAN & STEINER, LLP
225 West Santa Clara Street, 12th Floor
San Jose, California 95113
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

2                    CERTIFICATE OF SERVICE

143256V1

1  I declare under penalty of perjury that the foregoing is true and correct. Executed at San
2  Francisco, California on August 14, 2008.

_____
ANDREA MORESCO

143256V1