UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE MART SUPERMARKETS, d/b/a FOOD MAXX, a California Corporation<br>Plaintiff(s),<br><br>v.<br><br>WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware Statutory Trust,<br>Defendant(s). | No. C CV 08-03885-JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 15, 2008

Alicia J. Donahue
Signature

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")

NDC-06