1  Alicia J. Donahue (SBN 117412)
     adonahue@shb.com
2  Gabrielle Handler Marks (SBN 203733)
     gmarks@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
4  San Francisco, California 94104-2828
   Telephone:   415.544.1900
5  Facsimile:   415.391.0281

6  Attorneys for Defendant
   WAL-MART REAL ESTATE BUSINESS TRUST
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 SAVE MART SUPERMARKETS, d/b/a FOOD )   Case No. CV 08-03885-JL
   MAXX, a California Corporation,         )
12                                          )   CERTIFICATE OF SERVICE
              Plaintiffs,                   )
13                                          )
       vs.                                  )   Complaint filed: July 15, 2008
14                                          )
   WAL-MART REAL ESTATE BUSINESS            )
15 TRUST, a Delaware Statutory Trust,       )
                                            )
16            Defendant.                    )
                                            )
17                                          )
                                            )
18                                          )
                                            )
19                                          )
                                            )
20

21

22

23

24

25

26

27

28

144415V1

CERTIFICATE OF SERVICE VIA U.S. MAIL

I, Andrea Moresco, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is Shook, Hardy & Bacon L.L.P., 333 Bush Street, Suite 600, San Francisco, California 94104.

I am readily familiar with the business practices of this office for collection and processing of documents for mailing with the United States Postal Service, which is that correspondence is collected and deposited, with postage pre-paid, on the same day in the ordinary course of business.

On August 15, 2008, I served the following:

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA;

NOTICE OF ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE;

U.S. DISTRICT COURT GUIDELINES/DROP BOX FILING PROCEDURES;

ECF REGISTRATION INFORMATION HANDOUT;

CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA.

on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

**COUNSEL FOR PLAINTIFF:**

Jeffrey P. O'Hara
Daniel J. Muller
Karin M. Frenza
THELAN REID BROWN RAYSMAN & STEINER, LLP
225 West Santa Clara Street, 12th Floor
San Jose, California 95113
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on August 15, 2008.

_____
ANDREA MORESCO