UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAVE MART SUPERMARKETS

    Plaintiff(s),

    v.

SAVE MART SUPERMARKETS

    Defendant(s).
_____/

No. 08-03885 JL

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**    (1)    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

    (2)    One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for November 19, 2008 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: August 19, 2008

    Richard W. Wieking, Clerk
    United States District Court

    *Wings Hom*
    By: Wings Hom, Deputy Clerk

reassig1.DCT    1