GREGORY P. O'HARA, CA BAR NO. 131963
gpohara@thelen.com
DANIEL J. MULLER, CA BAR NO. 193396
dmuller@thelen.com
KARIN M. COGBILL, CA BAR NO. 244606
kcogbill@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

Attorneys for Plaintiff
SAVE MART SUPERMARKETS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE MART SUPERMARKETS, d/b/a FOOD MAXX, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware Statutory Trust, WAL-MART STORES, INC., a Delaware Corporation<br><br>Defendants. | Case No.: 08-03885<br><br>**[PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF, ANTICIPATORY BREACH AND INJUNCTIVE RELIEF** |

-1-

1  IT IS HEREBY ORDERED THAT:

2      1.    Plaintiff Save Mart Supermarkets may file the First Amended Complaint attached
3  to the Stipulation to File First Amended Complaint for Declaratory Relief, Anticipatory Breach
4  and Injunctive Relief; and

5      2.    Wal-Mart Real Estate Business Trust shall not respond to the Complaint and
6  instead both Wal-Mart Real Estate Business Trust and Wal Mart Stores, Inc. shall respond to the
7  First Amended Complaint within sixty (60) days of service by Save Mart of a F.R.C.P. 4(d)
8  request for waiver of service.

9  
10  Dated: _____                               _____
                                                                           United States District Court Judge