AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| SAVE MART SUPERMARKETS, d/b/a FOOD MAXX, a California Corporation | ) ) ) ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 08-03885-SC |
| WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware Statutory Trust, WAL-MART STORES, INC., a Delaware Corporation | ) ) ) ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: WAL-MART STORES, INC., a Delaware Corporation
*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

| | | |
|---|---|---|
| Gregory P. O'Hara, Esq. | Thelen Reid Brown Raysman & Steiner | 408-292-5800 (phone) |
| Daniel J. Muller, Esq. | LLP | 408-287-8040 (fax) |
| Karin M. Cogbill, Esq. | 225 West Santa Clara Street; 12th Floor | |
| | San Jose, CA 95113 | |

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
_____
Name of clerk of court

Date: 8/29/08

**ALFRED AMISTOSO**
_____
Deputy clerk's signature

American LegalNet, Inc.
www.FormsWorkflow.com