```
GREGORY P. O'HARA, CA BAR NO. 131963
gpohara@thelen.com
DANIEL J. MULLER, CA BAR NO. 193396
dmuller@thelen.com
KARIN M. COGBILL, CA BAR NO. 244606
kcogbill@thelen.com
THELEN LLP
225 West Santa Clara Street, 12th Floor
San Jose, CA 95113
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

Attorneys for Plaintiff
SAVE MART SUPERMARKETS
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE MART SUPERMARKETS, d/b/a FOOD MAXX, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART REAL ESTATE BUSINESS TRUST, a Delaware Statutory Trust, WAL-MART STORES, INC., a Delaware Corporation<br><br>Defendants. | Case No.: 08-03885 JL<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE** |

-1-
STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE
SV #377668 v1

1    IT IS HEREBY STIPULATED by and between the parties to this action, through their
2 designated counsel, that the above entitled action be and hereby is dismissed without prejudice
3 pursuant to Federal Rule of Civil Procedure 41(a)(1).

5  Dated: October 30, 2008

                                    THELEN LLP

                                    By  /s/ Karin Cogbill
                                    Gregory P. O'Hara
                                    Daniel J. Muller
                                    Karin M. Cogbill
                                    Attorneys for Plaintiff Save Mart Supermarkets

Dated: October 30, 2008

                                    SHOOK, HARDY & BACON L.L.P

                                    By  _____
                                    Alicia J. Donahue
                                    Gabrielle Handler Marks
                                    Attorneys for Defendant Wal-Mart Real Estate
                                    Business Trust and Defendant Wal-Mart Stores Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 31, 2008
                                    _____
                                    HONORABLE SAM
                                    United States District

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

-2-

STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE

SV #377668 v1